**MEMO ENDORSED**



Edward Kroub – Partner
200 Vesey Street, 24th Floor
New York, NY 10281
P: (212) 595-6200 | F: (212) 595-9700
ekroub@mizrahikroub.com
www.mizrahikroub.com

June 24, 2022

<u>**VIA ECF**</u>

The Honorable Valerie E. Caproni
United States District Judge
United States District Court
Southern District of New York
40 Foley Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/27/2022

Re:   *Ortega v. Fake Bake LLC*; Case No. 1:22-cv-1809

Dear Judge Caproni:

We represent plaintiff Juan Ortega ("Plaintiff") in the above-referenced action. We respectfully write to the Court regarding the Joint Letter and Proposed Case Management Plan submitted to the Court on June 22, 2022. *See* Docket No. 7. This was an outdated copy of the Proposed Case Management Plan filed in this case in error and we respectfully request to have this document struck from the docket. A corrected copy of this document was filed on June 24, 2022. *See* Docket No. 11.

Thank you for your consideration of this matter.

Respectfully submitted,
/s/ Edward Kroub
Edward Kroub, Esq.

Cc:   All Counsel of Record (via ECF)

---

Application DENIED. The Court has already endorsed the parties' joint case management plan at docket entry 7-1. *See* Dkt. 10. The Court notes that the only difference between both proposed case management plans is the request for immediate referral to mediation. *Compare* Dkt. 7-1, *with* Dkt. 11. The Court will refer the parties to mediation by separate order. The parties are reminded to review carefully court submissions prior to submitting them.

SO ORDERED.

*[signature: Valerie Caproni]*     Date: 6/27/2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE